No. 307. NEWARK MORNING LEDGER CO. *v.* NATIONAL LABOR RELATIONS BOARD. December 15, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. Charles Goldman* for petitioner. *Solicitor General Biddle* and *Messrs. Robert B. Watts* and *Morris P. Glushien* for respondent.

No. 743. WOOLLEY *v.* COMMISSIONER OF INTERNAL REVENUE. December 15, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. Elden McFarland* for petitioner. *Solicitor General Fahy* and *Messrs. J. Louis Monarch* and *Harry Marselli* for respondent.